UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KAITLYN BRADLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 5:25-cv-00385-GFVT |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| | ) | **&** |
| TOYOTA TSUSHO AMERICA, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal. [R. 13]. Plaintiffs note that dismissal with prejudice is permissible because Defendant has not yet filed an answer and neither party has filed a motion for summary judgment. *Id.* Defendant did file a Motion to Strike [R. 7] and a Motion to Dismiss [R. 8]. Sixth Court precedent holds that a motion to dismiss does not constitute an answer in this context. *Aamot v. Kassel*, 1 F.3d 441, 444 (6th Cir. 1993). Accordingly, the Court will deny these motions as moot and grant Plaintiff's Voluntary Dismissal.

Therefore, and the Court being sufficiently advised, it is **ORDERED** as follows:

1. Plaintiffs' Notice of Voluntary Dismissal **[R. 13]** is **GRANTED**.

2. Defendant's Motion to Strike **[R. 7]** is **DENIED as moot**.

3. Defendant's Motion to Dismiss **[R. 8]** is **DENIED as moot**.

4. All claims in this matter by plaintiffs Kaitlyn Bradley, as Administratrix of the Estate of Joshua L. Shepard, and Kaitlyn Bradley, as mother and Next Friend of J.L.B.S. and A.P.S. against defendant Toyota Tsusho America, Inc. are **DISMISSED with prejudice**.

5. This action is **DISMISSED** and **STRICKEN** from the Court's docket. The parties shall bear their own fees and costs.

This 5th day of February, 2026.

Gregory F. Van Tatenhove
United States District Judge